JOHN CONSALUS, Respondent, *v.* ISAAC McCONIHE et al.,
Impleaded, etc., Appellants.

(Argued October 24, 1887; decided November 29, 1887.)

*Charles E. Patterson* and *Orin Gambell* for appellants.

*E. F. Bullard* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.